# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PETITION
OF FORMA PAUPERIS REQUEST,

No. 64900

DEANN WIESNER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

DEANN WIESNER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

**FILED**

SEP 2 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on January 30, 2014, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K. Lindeman_

---

[1]In light of this disposition, any pending motions or documents are rendered moot.

cc: Hon. Jennifer P. Togliatti, District Judge
DeAnn Justine Wiesner
Attorney General/Carson City
Eighth District Court Clerk